J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Tel: (443) 290-8704
Fax: (410) 510-2789
Email: jssimms@simmsshowers.com

Glander International Bunkering Inc. Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| Glander International Bunkering Inc. | |
|     Plaintiff, | **CIVIL ACTION NO.:**<br>**ECF CASE** |
| v. | **VERIFIED INTERVENING**<br>**COMPLAINT WITH REQUEST** |
| M/V TERESA (IMO 9175016), *in rem*, | **FOR ISSUE OF WARRANT**<br>**OF ARREST OF VESSEL** |
|     Defendant. | |

-------------------------------------------------------------------x

Glander International Bunkering Inc. ("Glander") brings this Verified Complaint against defendant M/V TERESA (IMO 9175016), *in rem* ("Vessel"), for services and goods, namely, marine fuel, which Glander provided on the order of the charterer and/or owner of the Vessel and states further as follows:

## JURISDICTION AND VENUE

1. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h) as it involves claims for enforcement of a maritime lien and for unjust enrichment.

2. This action also falls within this Court's admiralty and maritime jurisdiction under 28 U.S.C. § 1333, 46 U.S.C. § 31342, and Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims ("Supplemental Rule[s]") for arrest of the Vessel.

3. On information and belief, the Vessel will be or is present in navigable waters within the jurisdiction of this Court during the pendency of this action, and therefore, venue is proper pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Glander is a Nevada corporation with its principal business place in Miami.

5. Defendant Vessel is Liberian flagged pusher/ assist tug.

## FACTS

6. This is an action in admiralty, *in rem*, to enforce maritime liens for necessaries, namely, marine fuel, which Plaintiff provided to the Vessel on the order of the Vessel's owner and/or charterer and/or operator, Unico Commodities and/or Unico Marine (herein collectively, Unico). These liens arise from Intervening Plaintiff's provision of necessaries to the Vessel pursuant to 46 U.S.C. § 31342.

7. Unico Commodities and/or Unico Marine, which owns and/ or operated and/or chartered the Vessel, Glander provided marine fuel to the Vessel at New Orleans, Louisiana on August 3, 2021 and at Bayonne, New Jersey on August 31, 2021, invoicing Unico Commodities as follows:

| Invoice | | Original Amount | Remaining Amount | Due Date |
|---|---|---|---|---|
| GIB0821089 | TERESA 08/03/21 | $ 345,653.34 | $ 345,653.34 | 9/2/2021 |
| - | LATE CHARGES | $ 69,130.67 | $ 69,130.67 | |
| | Contractual Interest to 12/6/2021 | $ 21,891.38 | $ 21,891.38 | |
| GIB0821358 | TERESA 08/31/21 | $ 130,926.90 | $ 130,926.90 | 9/30/2021 |

| | | | | |
|---|---|---|---|---|
| - | LATE CHARGES | $ 26,185.38 | $ 26,185.38 | |
| | Contractual Interest to 12/6/2021 | $ 5,848.07 | $ 5,848.07 | |

$ 599,635.74

Glander's incorporated sales terms provide for interest on the overdue balance of 2% per month and also for a late charge of 20% of the invoice principal amount.

8. Despite repeated demand, Unico has failed or refused to pay Glander for the marine fuel provided to the Vessel.

## Maritime Lien *In Rem* Against the Vessel

11. Glander, on the order of Unico, the Vessel's owner and/or operator and/or charterer, provided maritime necessaries to the Vessel and Glander thereby holds maritime liens *in rem* against the Vessel for the value of its maritime necessaries.

13. Plaintiff has not been paid for the maritime necessaries provided to the Vessel and therefore proceeds to arrest the Vessel to execute on its maritime liens *in rem*, for sale of the Vessel and satisfaction of its maritime liens *in rem* as demanded below.

## PRAYER FOR RELIEF

WHEREFORE, Glander demands judgment as follows:

A. Against the *in rem* defendant Vessel as follows:

1. That the Clerk of this Court issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District, or pursuant to alternative service of the warrant as ordered by this Court, to arrest and take into custody the Defendant Vessel and detain the same in the custody of the substitute custodian until further order of this Court;

2. That the Court find that Plaintiff holds valid maritime liens against the Vessel and its engines, appurtenances, furnishings, machinery, and equipment as provided by 46 U.S.C. § 31342, and by federal law construing the statute;

3. That the Court judgment *in rem* against the Vessel, including without limitations all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not, and order that Plaintiff's claims of at least $ 599,635.74 as detailed above, be asserted and executed against the Vessel for Plaintiff's maritime liens, *in rem*, and that the Vessel be sold to satisfy Plaintiff's maritime liens *in rem*;

4. That the Court award Plaintiff its costs and other expenses incurred in connection with this proceeding, including without limitations, all costs incurred in *custodia legis*; and

5. That the Court grant such other legal and equitable relief as this Court deems just and proper.

Dated: December 9, 2021.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac* pending)
(JS-8990)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789
jssimms@simmsshowers.com

Counsel to Glander International Bunkering Inc.

## **Verification**

I am a principal of Simms Showers LLP, counsel to Plaintiff. No officer of Plaintiff is present in this District to make this declaration, which Plaintiff has authorized me to make on its behalf based on facts including documents received from Plaintiff. The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of Plaintiff.

Pursuant to 28 U.S.C. § 1746(1), I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2021.

/s/ J. Stephen Simms
J. Stephen Simms