J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle, Ste 230
Baltimore, Maryland 21030
Tel:  (443) 290-8704
Fax: (410) 510-2789
Email: jssimms@simmsshowers.com

Glander International Bunkering Inc. Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| Glander International Bunkering Inc. | |
|     Plaintiff, | **CIVIL ACTION NO.: 21-cv-6830**<br>**ECF CASE** |
|     v. | **IN ADMIRALTY** |
| M/V TERESA (IMO 9175016), *in rem*, | NOTICE OF APPEARANCE |
|     Defendant. | |

-----------------------------------------------------------------x

To the Clerk:

    Please note the undersigned's appearance as counsel for Plaintiff Glander International Bunkering Inc.

Dated: December 10, 2021.

    /s/ J. Stephen Simms
    J. Stephen Simms (*pro hac vice*)(JS-8990)
    Simms Showers LLP
    201 International Circle, Ste 230
    Baltimore, Maryland 21030
    Telephone:   443-290-8704
    Facsimile:    410-510-1789
    jssimms@simmsshowers.com

    Counsel for Glander International Bunkering, Inc.