UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glander International Bunkering Inc.<br><br>Plaintiff,<br><br>v.<br><br>M/V TERESA (IMO 9175016), *in rem*,<br><br>Defendant. | CIVIL ACTION NO. 1:21-CV-06830<br>ECF CASE<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF ATTACHMENT |

Upon consideration of the Verified Complaint in Intervention and Motion for Issuance of Writ of Attachment filed by Intervenors JMB Shipping ATB 284, LLC, JMB Shipping ATB 205, LLC, and JMB Shipping ATB 220, LLC (collectively, "JMB Shipping"), and the Court having found that JMB Shipping possesses a maritime claim against Unico Marine Services, LLC ("Unico Marine"), a non-resident defendant with no presence in the Eastern District of New York who nonetheless possesses property in the Eastern District of New York, **NOW**, upon Intervenors' Motion, it is hereby,

**ORDERED** that the Clerk issue a Writ of Attachment pursuant to Rule B of the Supplemental Rules for Maritime Claims of the Federal Rules of Civil Procedure, providing for that attachment of the M/V TERESA, barge ACADIA, and/or any other property of Unico Marine found within the Eastern District of Louisiana up to the amount of JMB Shipping's claim, THREE MILLION SEVEN HUNDRED SEVENTY THOUSAND ONE HUNDRED FIFTY-SEVEN DOLLARS ($3,770,157); and it is further

**ORDERED** that, considering the M/V TERESA is currently arrested with a Substitute Custodian, the Writ of Attachment is effectively served on the M/V TERESA when issued by the

Clerk and posted on the Court's docket (and thereby served by ECF to counsel for each part in this action); and it is further

**ORDERED** that, considering the burdens placed on the U.S. Marshal for the Eastern District of New York and his deputies, and the current state of the Covid-19 pandemic, and that the Master of M/V TERESA has been appointed substitute custodian for the tug portion of the M/V TERESA which is lying in a shipyard alongside or near the ACADIA, which is the barge portion of the integrated tug-barge M/V TERESA, and which is under control of the same Master, this writ of attachment is effectively served on the barge ACADIA when issued by the Clerk and posted on the Court's docket (and thereby served by ECF to counsel for each part in this action).

So Ordered this 16th day of December, 2021.

s/ WFK
_____
UNITED STATES DISTRICT JUDGE