AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Glander International Bunkering Inc., <br> *Plaintiff* <br> v. <br> M/V TERESA (IMO 9175016), et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:21-cv-6830-WFK-TAM <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JMB Shipping ATB 284, LLC; JMB Shipping ATB 220, LLC; and JMB Shipping ATB 205.

Date:   03/16/2022

*/s/ Chris Schafbuch*
*Attorney's signature*

Christopher Schafbuch (NY Bar No. 5599378)
*Printed name and bar number*

Lowenstein Sandler LLP
1251 Avenue of the Americas, 17th Fl.
New York, New York 10020
*Address*

cschafbuch@lowenstein.com
*E-mail address*

(212) 419-5879
*Telephone number*

(973) 597-2400
*FAX number*