UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLANDER INTERNATIONAL BUNKERING INC.,

        Plaintiff,

  - against -

M/V TERESA (IMO 9175016), *in rem*,

        Defendant.
-------------------------------------------------------------------X
GULF COPPER & MANUFACTURING CORPORATION ("Gulf Copper"),

        Intervening Plaintiffs,

  - against -

M/V TERESA (IMO 9175016), *in rem*, BARGE BG ACADIA (O.N. 1049252), *in rem*, and UNICO MARINE SERVICES, LLC, *in personam*,

        Defendants.
-------------------------------------------------------------------X

21 CIV 6830 (WFK)(TAM)

ECF CASE

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(I)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(I)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Intervening Plaintiff GULF COPPER & MANUFACTURING CORPORATION voluntarily dismisses with prejudice all claims against Defendant UNICO MARINE SERVICES LLC *in personam* ("Unico") in the above-captioned matter. Unico has not served an Answer or a Motion for Summary Judgment with respect to Gulf Copper's claims.

Dated: June 21, 2022

        Respectfully submitted,

        CLARK HILL PLC

        */s/ Pamela A. Palmer*
        Pamela A. Palmer
        CLARK HILL PLC
        555 South Flower Street, 24th Floor
        Los Angeles, CA 90071
        Email: ppalmer@clarkhill.com

        *Counsel for Intervening Plaintiff, Gulf Copper & Manufacturing Corporation*

CERTIFICATE OF SERVICE

I, Pamela A. Palmer, herby certify that on this June 21, 2022 I caused the foregoing Notice of Voluntary Dismissal Purusant Fed. R. Civ. P. 41(a)(1)(A)(i) to be filed on this Court's CM/ECF system for service on all parties' record counsel, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

DATED this 21 of June, 2022, at Los Angeles, California.

*/s/ Pamela A. Palmer*
Pamela A. Palmer